UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA
v.

CHRISTOPHER COLSON

1:25-MJ-00418-JCN

**DEFENDTANTS MOTION TO SUBSTITUTE COUNSEL**

NOW COMES Defendant Christopher Colson, by and through undersigned counsel, respectfully moves this Court for entry of an order permitting substitution of counsel in the above captioned matter. In support of this motion, Defendant states as follows:

1. Defendant was charged with one count of Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) and one count of Sexual Exploitation of a Child 18 U.S.C § 2251 (a).
2. Mr. Colson is currently represented by Attorney Connor Herrold.
3. Attorney Connor M. Herrold is leaving Steve Smith Trial Lawyers on June 12, 2026 and moving to Little Rock, Arkansas.
4. Attorney Connor Herrold does not intend to practice law in Maine after June 12, 2026.
5. Mr. Colson, by and through undersigned counsel, seeks to substitute undersigned counsel with Attorney Stephen C. Smith, with Steve Smith Trial Lawyers, located at 191 Water Street, Augusta, ME 04330, as counsel of record in place of current counsel.

6. Mr. Colson consents to the requested substitution of counsel and understands that, if the Court grants this motion, proposed substitute counsel will assume responsibility for his defense going forward, subject to the Court's orders and any applicable Criminal Justice Act or retained-counsel requirements.

7. Attorney Stepehen C. Smith, Esq. has agreed to accept this appointment.

8. The Sixth Amendment guarantees a criminal defendant the assistance of counsel. In cases involving retained counsel, the Supreme Court has recognized that the Sixth Amendment protects a defendant's qualified right to be represented by counsel of choice. See United States v. Gonzalez-Lopez, 548 U.S. 140 (2006). That right is not absolute, and the Court retains discretion to manage its docket, protect the integrity of proceedings, and address conflicts or other concerns. See Wheat v. United States, 486 U.S. 153 (1988).

9. Federal Rule of Criminal Procedure 44 recognizes a defendant's right to counsel and addresses appointment of counsel in federal criminal proceedings. See Fed. R. Crim. P. 44. To the extent this matter involves appointed counsel or Criminal Justice Act considerations, 18 U.S.C. § 3006A provides the statutory framework for adequate representation of eligible defendants in federal criminal proceedings. See 18 U.S.C. § 3006A. The requested substitution is intended to preserve Mr. Colsons's right to adequate and effective representation and to allow counsel to continue addressing discovery, proffer issues, plea negotiations, trial preparation, and related pretrial matters.

10. This motion is made in good faith and not for purposes of delay. Proposed substitute counsel has reviewed, or is prepared promptly to review, the docket,

discovery obligations, protective orders, pending motions, and scheduling orders. Counsel will work diligently to minimize any disruption to existing deadlines and proceedings.

11. Substitution will assist Mr. Colson in continuing to evaluate the government's discovery, prepare for any further proffer meetings, assess potential plea negotiations, and prepare for trial or other proceedings as ordered by the Court.
12. At this time, Defendant does not request any modification of existing deadlines or the trial schedule as a result of the substitution. If additional time becomes necessary after substitute counsel's review of the record and discovery, Defendant will seek appropriate relief by separate motion and in compliance with the Speedy Trial Act and applicable Court orders.
13. Undersigned Counsel has contacted AUSA, Chris Ruge, who does not object to this motion.

WHEREFORE, for the foregoing reasons, Defendant Christopher Colson and undersigned counsel, respectfully requests that the Court enter an order:

1. Granting this Motion to Substitute Counsel;
2. Permitting Stephen C. Smith, Esq. to appear as counsel of record for Mr. Colson;
3. Relieving Connor Herrold as counsel of record upon substitute counsel's appointment, unless the Court orders otherwise;

DATED: 5-26-26

Connor M. Herrold, Esq. Bar No.11204
Attorney for the Defendant
191 Water Street,
Augusta, ME 04330
207-622-3711

# CERTIFICATE OF SERVICE

I, Connor, M. Herrold, herby certify that on May 26, 2026, I electronically filed the foregoing motion through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record, including counsel for the United States.

Dated: May 26th, 2026

Chris Ruge, AUSA
chris.ruge@usdoj.gov

C.c Stephen C. Smith, Esq. (via email)
Client (via regular mail)

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>CHRISTOPHER COLSON | 1:25-MJ-00418-JCN |

**SUBSTITUTION OF DEFENDANTS COUNSEL ORDER**

Upon consideration of Defendant Christopher Colson's Motion to Substitute Counsel, and for good cause shown, the motion is GRANTED/DENIED.

It is hereby ORDERED that Attorney Stephen, C Smith, is permitted to appear as counsel of record for Defendant Christopher Colson in this matter.

It is further ORDERED that Attorney Connor M. Herrold, is relieved as counsel of record effective upon the entry of appearance by substitute counsel, unless otherwise ordered by the Court.

SO ORDERED.

Dated: ____________________

____________________________
United States District Judge