1:26-cr-00078-SDN

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 JUL 15 A 11:20
DEPUTY CLERK

# SYNOPSIS

| | |
|---|---|
| **Name:** | Christopher Colson |
| **Address:**<br>**(City & State Only)** | Lewiston, Maine |
| **Year of Birth and Age:** | 2001/25 |
| **Violation:** | **Count One:** Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)<br>**Counts Two & Three:** Sexual Exploitation of a Child |
| **Penalties:** | **Count One:** Not more than 20 years of imprisonment, a fine of not more than $250,000, or a fine and prison, a fine of $250,000, or both. 18 U.S.C. § 2252A(b)(2); This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br>**Count Two & Three:** Not less than fifteen (15) years and not more than thirty (30) years imprisonment, not more than $250,000, or both,18 U.S. C. § 2251(e); Class B Felony, 18 U.S.C. § 3559(a)(2) |
| **Supervised Release:** | **Counts One through Three:** Not less than five (5) years, not more than life, 18 U.S.C. § 3583(k) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than two years as to Count One and not more than 3 years as to Counts Two and Three, U.S.C. § 3583(e)(3); but if, on any count, Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts One through Three:** Any term of years or life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Stephen Smith, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI; SA Jose Rodriguez-Aguilar |

| | |
|---|---|
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Chris Ruge |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $100 per count, per 18 U.S.C. § 3013(a)(2)(A): $5,000 special assessment, per 18 U.S.C. § 3014; up to a $17,000 special assessment for Count 1 and up to a $50,000 special assessment for Count 2 & 3, per 18 U.S.C. 2259A(a) |
| **Forfeiture** | Yes |